UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN A. GRIMA,

        Plaintiff,

v.

HEIDI WASHINGTON,

        Defendants.
_____/

Case No. 1:19-cv-664

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution, failure to comply with the Court's order, and failure to keep the Court apprised of a current address.

Dated: October 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge